880 P.2d 770

# SUPREME COURT OF HAWAI'I

State v. Bryant .................... 17071     8/04/94     Vacated and Remanded

Kilmer v. Tanaka ................. 15966     8/16/94     Affirmed

Hanashiro v. Tanaka ............. 16048     8/16/94     Affirmed

State v. Miller .................... 17182     8/24/94     Affirmed

State v. Piper .................... 17422     8/24/94     Affirmed

State v. Cadwallader ............. 17532     8/24/94     Affirmed

State v. Viehl .................... 17568     8/24/94     Affirmed

McEver v. Gotcha Sportswear Inc. 16820     8/26/94     Affirmed